KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for JAPHETH DILLMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JAPHETH DILLMAN,<br><br>             Defendant. | Case No. CR-23-140 JD<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FIRST STATUS CONFERENCE** |

I, Kenneth H. Wine, declare:

1. I am the CJA appointed counsel for Defendant Japheth Dillman, who has his first status conference date set for June 5, 2023.

2. Mr. Dillman suffers from complete kidney failure. He was hospitalized at SFGH this past Thursday, May 25, 2023 for an infection in his kidneys and subsequent pneumonia.  He was released from the hospital today, and has been ordered in quarantine for the next 7 days, receiving antibiotics. Needless to say, Mr. Dillman will not be able to attend the June 5th status conference.

3. The government has produced some, but not all, of the discovery in the case, and the defense has been reviewing the discovery, although communication with the client is limited.

4. I have discussed these issues with the AUSA, Ross Weingarten, and the Court's clerk and we are agreeable to moving the June 5, 2023 status date to July 10, 2023.

4. The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by excluding the time from June 5, 2023 through July 10, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of his case.

DATED: May 31, 2023

/s/ Kenneth Wine
Kenneth H. Wine, Esq.
Attorney for Defendant
JAPHETH DILLMAN

DATED: May 31, 2023

/s/ Ross Weingarten
Ross Weingarten, AUSA
Attorney for Plaintiff
UNITED STATES

**ORDER**

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Japheth Dillman's Status Conference be continued from June 5, 2023 to July 17, 2023, and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel. The ends of justice served by excluding the time from June 5, 2023 to July 17, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of his case.

DATED: June 1, 2023

HON. JAMES DONATO
U.S. DISTRICT COURT