**RICHARD A. TAMOR, ESQ.**
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, California 94607
Telephone: (415) 655-1969
email: rtamor@TamorLaw.com

Attorneys for Defendant,
JAPHETH DILLMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-23-140 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| JAPHETH DILLMAN, | |
| Defendant. | |

1. On December 8, 2023, this Court set a further status conference for February 26, 2024, and excluded time through that date.

2. On December 27, 2023, this Court appointed undersigned counsel, Richard Tamor to represent Mr. Dillman in place of previous counsel.

3. On February 22, 2024, this Court continued the further status conference from February 26, 2024, to June 3, 2024 and excluded time through that date.

4. On May 30, 2024, this Court continued the further status conference from June 3, 2024, to September 9, 2024, and excluded time through that date.

5. The government has produced a several tranches of discovery, and is still in the process of producing significant voluminous discovery. Processing, organizing, reviewing, and analyzing

this discovery with Mr. Dillman still requires significant time to prepare for trial.

5. Because of this ongoing discovery production and voluminous discovery produced and as yet to be produced, undersigned defense counsel still requires significant additional time to review discovery as well as to consult with and advise Mr. Dillman .

6. Therefore, the parties have met and conferred and stipulate, with the Court's permission, that the Court continue the September 9, 2024, status hearing to November 18, 2024.

7. The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by excluding the time from September 9, 2024 through November 18, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of his case.

DATED: August 30, 2024               /s/ Richard A. Tamor
                                     Richard A. Tamor, Esq.
                                     Attorney for Defendant
                                     JAPHETH DILLMAN

DATED: August 30, 2024               /s/ Christiaan Highsmith
                                     Christiaan Highsmith, AUSA
                                     Attorney for Plaintiff
                                     UNITED STATES

## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Japheth Dillman's Status Conference be continued from September 9, 2024, to December 9, 2024, and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel and that failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding the time from September 9, 2024, to December 9, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial.

DATED: September 4, 2024  _____
HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE