**RICHARD A. TAMOR, ESQ.**
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, California 94607
Telephone: (415) 655-1969
email: rtamor@TamorLaw.com

Attorneys for Defendant,
JAPHETH DILLMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-23-140 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| JAPHETH DILLMAN, | |
| Defendant. | |

   1. On January 27, 2025, this Court set a further status conference for March 3, 2025, and excluded time through that date to allow undersigned counsel to continue to review voluminous discovery and prepare for trial.

   2. Since that date, the government has produced another tranche of discovery, and is still in the process of producing significant voluminous discovery. Processing, organizing, reviewing, and analyzing this discovery with Mr. Dillman still requires significant time to prepare for trial.

   3. Because of this ongoing discovery production and voluminous discovery produced and as yet to be produced, undersigned defense counsel still requires significant additional time to review discovery as well as to consult with and advise Mr. Dillman, who suffers from sever kidney disease.

4. Also since the previous status conference, undersigned defense counsel has identified and is in the process of seeking funding for an associate attorney with 12 years of criminal defense experience to help in the management of discovery, motion practice, and other trial preparation. The defense is also evaluating whether further defense team members are necessary to expedite trial preparation.

5. In addition, 10 days ago, Mr. Dillman spent 5 days in the hospital for a serious infection, was released, had to have surgery for another injury, was released, but then fell in the tub last Tuesday, required urgent care, and is now in a padded chair 24 hours a day and will be on bed rest for 1-2 weeks.

6. Finally, undersigned government counsel, AUSA Highsmith will continue to be in trial on the scheduled Status Conference on March 3, 2025 and undersigned defense counsel has a pre-planned and pre-paid vacation from March 10, 2025 to March 24, 2025. AUSA Highsmith is also unavailable on March 31, 2025.

7. Therefore, the parties have met and conferred and stipulate, with the Court's permission, that the Court continue the March 3, 2025, status hearing to April 7, 2025.

8. The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by excluding the time from March 3, 2025 through April 7, 2025 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of his case.

DATED: February 25, 2025          /s/ Richard A. Tamor
                                  Richard A. Tamor, Esq.
                                  Attorney for Defendant
                                  JAPHETH DILLMAN

DATED: February 25, 2025          /s/ Christiaan Highsmith
                                  Christiaan Highsmith, AUSA
                                  Attorney for Plaintiff
                                  UNITED STATES

## [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Japheth Dillman's Status Conference be continued from February 3, 2025, to April 7, 2025, and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel and that failure to grant an exclusion of time and a continuance of the matter would deny counsel the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by excluding the time from March 3, 2025, to April 7, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial.

DATED: February 27, 2025

_____
HON. JAMES DONATO
U.S. DISTRICT COURT JUDGE