~~PROPOSED~~ ORDER/COVER SHEET

TO:  **The Honorable Thomas S. Hixson**          RE:  **DILLMAN, Japheth**
     **U.S. Magistrate Judge**

FROM:  **Reanna Agah**                    Docket No.:  __3:22-mj-70518-MAG-1__
       **U.S. Pretrial Services Officer**

Date:  **July 7, 2025**

<strong>THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:</strong>

| Reanna Agah | (510) 637-3758 |
|---|---|
| **U.S. Pretrial Services Officer** | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑.  Modification(s):

## Removal of the following condition:

- Defendant must remain in the custody of custodian Joseph Benjamin at 1390 Market St, #2504, San Francisco, CA 94102

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**

Hon. Thomas S. Hixson

U.S. Magistrate Judge

07/07/2025

**DATE**