1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  CHRISTIAAN HIGHSMITH (CABN 296282)
   Assistant United States Attorneys
5
   MATTHEW CHOU (CABN 325199)
6  Special Assistant United States Attorney

7        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
8        Telephone: (415) 436-7200
         christiaan.highsmith@usdoj.gov
9
   Attorneys for United States of America
10
                           UNITED STATES DISTRICT COURT
11
                          NORTHERN DISTRICT OF CALIFORNIA
12
                                SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,              )  CASE NO. 23-CR-00140 RS
                                          )
15        Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                          )  EXCLUDING TIME UNDER THE SPEEDY TRIAL
16    v.                                  )  ACT
                                          )
17 JAPHETH DILLMAN,                       )
                                          )
18        Defendant.                      )
                                          )
19

20        On May 9, 2023, an Indictment was filed charging Defendant Japheth Dillman with one count of

21 wire fraud conspiracy, in violation of 18 U.S.C. § 1349, and with four counts of wire fraud, in violation

22 of 18 U.S.C. § 1343. Dkt. 28. On December 27, 2023, the Court appointed current defense counsel in

23 place of the defendant's former counsel. Dkt. 43. On April 7, 2025, the Court (the Honorable James

24 Donato) set the matter for trial starting December 1, 2025. Dkt. 58. Time under the Speedy Trial Act

25 was previously excluded through the December 1, 2025 trial date.

26        On October 21, 2025, Defendant Dillman filed a motion to continue the December 1, 2025 trial

27 date due to lack of CJA funding. Dkt. 63. The government did not oppose the motion and instead sought

28 the earliest reasonable trial date. Dkt. 64. The motion was set for a hearing on November 3, 2025.

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
Case No. 23-CR-00140 RS

On October 28, 2025, the Court ordered this case related to *United States v. David Mata*, 22-cr-00171-RS, and re-assigned the case to the Honorable Richard Seeborg. Dkt. 66. The Court vacated the November 3rd hearing and the December 1st trial date and set the matter for a status hearing on January 13, 2026. Dkt. 67.

The defense continues to prepare for trial in this matter. Time under the Speedy Trial Act was previously excluded through the December 1, 2025 trial date. The parties respectfully request and stipulate that time be excluded under the Speedy Trial Act from December 1, 2025, through January 13, 2026 in order to allow for the effective preparation of counsel. The parties agree that the ends of justice served by excluding the time through January 13, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED:   October 29, 2025        */s/ Christiaan Highsmith*
                                 CHRISTIAAN HIGHSMITH
                                 Assistant United States Attorney

DATED:   October 29, 2025        */s/ Richard Tamor*
                                 RICHARD TAMOR
                                 Counsel for Defendant Japheth Dillman

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
Case No. 23-CR-00140 RS

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation and for good cause shown, the Court hereby orders that an exclusion of time is necessary to permit effective preparation of counsel. Failure to grant an exclusion of time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between and including December 1, 2025, to January 13, 2026, shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(ii), and (B)(iv).

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE RICHARD SEEBORG
Chief United States District Judge